## IN RE SHAREEF J. ET AL.*
## (AC 19171)

Lavery, C. J., and Hennessy and Pellegrino, Js.

Argued May 5—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MARK JENKINS
## (AC 19516)

Landau, Spear and Freedman, Js.

Argued April 24—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## ANN P. COONLEY *v.* JOHN BARRY III ET AL.
## (AC 19496)

Lavery, C. J., and Zarella and Dupont, Js.

Submitted on briefs April 24—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.